**EXHIBIT A1**

Chris D. Mandarich, SB 220693
Ryan E. Vos, SB 224368
Rebecca E. Hunter, SB 271420
**Mandarich Law Group, LLP**
6301 Owensmouth Avenue, Suite 850
Woodland Hills, CA 91367
Local: 818-264-0111
Toll Free: 877-414-0130
Facsimile: 818-888-1260

*Attorneys for Plaintiff*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
HARBOR JUSTICE CENTER

**OCT 04 2011**
ALAN CARLSON, Clerk of the Court

BY:_____.DEPUTY

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

## HARBOR JUSTICE CENTER, LAGUNA HILLS FACILITY – LIMITED JURISDICTION

| | |
|---|---|
| CACH, LLC, | Case No.: **30-2011** **00513775** |
| Plaintiff, | **COMPLAINT FOR:** |
| vs. | 1. **BREACH OF CONTRACT** |
| EDWARD K SCHORR, an individual; and DOES 1 through 10 inclusive. | 2. **COMMON COUNTS** |
| Defendants. | DEMAND: $11,328.48 |

**FILE BY FAX**

Plaintiff alleges:

### FACTS COMMON TO ALL CAUSES OF ACTION

1.    Plaintiff is and at all times herein mentioned was, a Colorado Limited Liability Company, and assignee of original creditor, Bank of America, N.A..

2.    Plaintiff is informed and believes that Defendants are individuals who currently reside within the jurisdictional boundaries of the above entitled Court. Therefore, this Court is the proper Court for trial of this action.

3.    Plaintiff is unaware of the true names or capacities, whether individual, corporate, associate or otherwise of the Defendants sued herein as DOES 1 through 10 inclusive, and therefore, sues the Defendants by such fictitious names. Plaintiff will amend this Complaint to show their true names and capacities once ascertained.

4.    Plaintiff believes that at all times mentioned herein, each of the Defendants was, and is, the agent, servant and employee, employer of each of the other Defendants, and also acted in the capacity of and as agent of the other Defendants. Plaintiff also believes that the individual Defendants, and each of them, are jointly and severally liable that the actions described herein were taken as actions for the benefit of the Defendants' separate and/or community property.

5.    Plaintiff believes that, for value received, Defendants, and each of them, executed and delivered a credit card application to Bank of America, N.A. (Plaintiff's assignor) or made such application for credit over the telephone or Internet. Pursuant to the terms of the application and the written terms and conditions sent along with the credit card, Plaintiff's assignor provided Defendants with a credit card, and granted charge privileges on the credit card, account number XXXXXXXXXXXXX7377 (the "Account").

6.    Prior to the commencement of this action, the Account was assigned for value by Bank of America, N.A. (Plaintiff's assignor) to the Plaintiff and Plaintiff is its current holder.

7.    Defendants agreed to comply with the written terms and conditions governing the use of the credit card, as it was amended from time to time, including repaying the Plaintiff's assignor for any charges on the Account including, but not limited to, charges for the purchase of goods and services and/or cash advances and balance transfers along with the interest, late charges, over limit charges related thereto.

8.    Defendants used the credit card issued on the Account to make credit card purchases and/or to take cash advances and/or to make balance transfers. Each time the Defendants used the credit card to purchase goods and services and/or to take cash advances and/or make balance transfers, Defendants reaffirmed their agreement to repay Plaintiff's assignor for the amount for the purchase and/or cash advance and/or balance transfer, along with such other charges as may be assessed pursuant to the terms and conditions governing the Account.

9.    Pursuant to the terms and conditions governing the Account, monthly statements were sent to the Defendants which itemized all payments made and charges due on the Account.

10.    Within the last four years, the Defendants failed to make payments as agreed on the Account. Defendants have failed, refused and neglected to pay amounts due per the terms and conditions governing the Account.

11.    As of August 09, 2011, Defendants owe the sum of $11,328.48 with interest thereon.

**FILE BY FAX**

COMPLAINT - 2

1    12.    Although demand has been made upon Defendants to pay said amount, no part has been paid,

2    and it is now due, owing, and unpaid together with interest thereon plus attorney's fees.

3    13.    Plaintiff and Plaintiff's assignor have duly performed all promises, conditions and agreements

4    on their part to be performed.

5    14.    The terms and conditions governing the Account provides that the cardholders agree to

6    reimburse Plaintiff's assignor and hence, Plaintiff for the costs and expenses, including reasonable

7    attorney's fees, related to the collection of amounts owing on the Account. Plaintiff has been required to

8    retain the Mandarich Law Group, LLP to pursue collection of the amounts due hereunder.

9    **FIRST CAUSE OF ACTION**

10   **(Breach of Contract)**

11   15.    Plaintiff refers to and incorporates paragraphs 1 through 14.

12   16.    Defendants have breached the terms and conditions governing the Account by failing to pay

13   amounts due and owing on the Account.

14   17.    As the direct and proximate result thereof, Plaintiff has been damaged in the amount of

15   $11,328.48 plus interest thereon.

16   **SECOND CAUSE OF ACTION**

17   **(Account Stated)**

18   18.    Plaintiff refers to and incorporates paragraph 1 through 17.

19   19.    Within the past four years, an account was stated in writing in which it was agreed that

20   Defendants were indebted in the amount of $11,328.48. Although demand has been made upon Defendants,

21   no part of said amount has been paid, and it is now due, owing and unpaid from Defendants to Plaintiff with

22   interest thereon from and after August 09, 2011.

23   WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

24   1.    For the damages and money in the sum of $11,328.48;

25   2.    For interest thereon at 10 percent per annum from on and after August 09, 2011;

26   3.    For reasonable attorney's fees;

27   4.    For costs of suit incurred; and

28   5.    For such other and further relief as the Court deems just and proper;

**FILE BY FAX**

6.     Plaintiff remits all damages in excess of the jurisdictional amount of this Court.

Dated: September 26, 2011

**MANDARICH LAW GROUP, LLP**

Chris D. Mandarich, Esq.
Ryan E. Vos, Esq.
Rebecca E. Hunter, Esq.
*Attorneys for Plaintiff*

**FILE BY FAX**

COMPLAINT - 4

**EXHIBIT A2**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Chris D. Mandarich #226693; Ryan E. Vos; #224368<br>Mandarich Law Group LLP<br>6301 Owensmouth Avenue, Suite 850 Woodland Hills CA | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>HARBOR JUSTICE CENTER |
| TELEPHONE NO.: (818) 264-0111   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*:  CACH, LLC | **NOV 15 2011**<br>ALAN CARLSON, Clerk of the Court<br>BY:<br>DEPUTY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: 23141 Moulton Parkway<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:  Laguna Hills 92653<br>BRANCH NAME:  Harbor Justice Center, Laguna Hills Facility | |
| PLAINTIFF/PETITIONER:  CACH, LLC | CASE NUMBER:<br>30-2011-00513775 |
| DEFENDANT/RESPONDENT:  EDWARD K SCHORR, an individual | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>120004505530 |

*(vertical text at right: BY FAX)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents)*:
   Summons; Complaint; Declaration of Venue; Civil Case Cover Sheet; Alternative Dispute Resolution (adr) Packet.

3. a.. Party served *(specify name of party as shown on documents served)*:
   EDWARD K SCHORR, an individual
   b.. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person
   under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   68293 CALLE CORDOBA, CATHEDRAL CITY, CA 92234-6773

5. I served the party *(check proper box)*
   a. [ ] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to
   receive service of process for the party  (1) on *(date)*:        (2) at *(time)*:
   b. [ X ] by substituted service. On *(date)*:11/13/2011  (2) at *(time)*: 12:02 PM  I left the documents listed in item 2 with or
   in the presence of *(name and title or relationship to person indicated in item 3)*:
   Jane Doe; WHO REFUSED TO GIVE NAME, CO-RESIDENT; a blonde-haired white female approx. 35-45 years of
   age, 5'4'-5'8" tall and weighing 120-160 lbs.
   (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of
   the person to be served. I informed him or her of the general nature of the papers.
   (2) [ X ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place
   of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] (physical address unknown) a person of at least 18 years of age apparently in charge at the usual mailing
   address of the person to be served, other than a United States Postal Service post office box. I informed
   him or her of the general nature of the papers.
   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the
   place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:        from
   *(city)*:        or [ X ] a declaration of mailing is attached.
   (5) [ X ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007]



**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10<br>Order No: 9226290 SEA.FIL.

| PLAINTIFF/PETITIONER:  CACH, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  EDWARD K SCHORR, an individual | 30-2011-00513775 |

c. [   ] by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
    (1) on *(date)*:    (2) from *(city)*:
    (3) [   ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30)
    (4) [   ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [   ] by other means *(specify means of service and authorizing code section)*:

    [   ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. [ X ] as an individual defendant.
b. [   ] as the person sued under the fictitious name of *(specify)*:
c. [   ] as occupant
d. [   ] On behalf of *(specify)*:
    under the following Code of Civil Procedure section:

| | |
|---|---|
| [   ] 416.10 (corporation) | [   ] 415.95 (business organization, form unknown) |
| [   ] 416.20 (defunct corporation) | [   ] 416.60 (minor) |
| [   ] 416.30 (joint stock company/association) | [   ] 416.70 (ward or conservatee) |
| [   ] 416.40 (association or partnership) | [   ] 416.90 (authorized person) |
| [   ] 416.50 (public entity) | [   ] 415.46 (occupant) |
| | [   ] other |

7. Person who served papers
a. Name:          Tamela L Espinosa
b. Address:        3800 Lime St., Suite #214, Riverside, CA 92501
c. Telephone number:  951-682-0365
d. The fee for service was:  $60.00
e. I am:
    (1) [   ] not a registered California process server.
    (2) [   ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ X ] registered California process server:

        (i) [   ] owner  [   ] employee  [ X ] independent contractor
        (ii) [ X ] Registration No.:  1216
        (iii) [ X ] County:    Riverside

8. [ X ] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. [   ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 11/14/2011

Tamela Espinosa
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

**PROOF OF SERVICE OF SUMMONS**

Order No: 9226290 SEA FIL

BY FAX

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): Chris D. Mandarich #226693; Ryan E. Vos; #224368 Mandarich Law Group LLP 6301 Owensmouth Avenue, Suite 850 Woodland Hills CA TELEPHONE NO.: (818) 264-0111   FAX NO. (Optional): E-MAIL ADDRESS (Optional): ATTORNEY FOR (Name): CACH, LLC | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 23141 Moulton Parkway
MAILING ADDRESS:
CITY AND ZIP CODE: Laguna Hills 92653
BRANCH NAME: Harbor Justice Center, Laguna Hills Facility

| PLAINTIFF/PETITIONER: CACH, LLC | CASE NUMBER: 30-2011-00513775 |
|---|---|
| DEFENDANT/RESPONDENT: EDWARD K SCHORR, an individual | |
| **DECLARATION OF REASONABLE DILIGENCE** | Ref. No. or File No.: 120004606530 |

**Party to Serve:**
EDWARD K SCHORR , an individual

**Documents:**
Summons; Complaint; Declaration of Venus; Civil Case Cover Sheet; Alternative Dispute Resolution (adr) Packet

**Service Address:**
68293 CALLE CORDOBA, CATHEDRAL CITY, CA 92234-6773

I declare the following attempts were made to effect service by personal delivery:
11/4/2011 11:43 AM: No answer at door, no noise inside and no movement inside.
11/6/2011 9:41 PM: No answer at door, no noise inside and no lights. Per neighbor at 68302 Calle Cordoba, does not know subject.
11/8/2011 7:19 AM: No access to subject's door (gated community).
11/13/2011 12:01 PM: Per JANE DOE, who verified EDWARD lives here, WHO REFUSED TO GIVE A NAME, CO-RESIDENT, a blonde-haired white female contact approx. 35-45 years of age, 5'4"-5'8" tall and weighing 120-160 lbs; subject not available at this time.

**Person who served papers:**
Tamela L Espinosa
3600 Lime St., Suite #214, Riverside, CA 92501
951-682-0366

I am a registered California process server
Registration No.: 1215
County: Riverside

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 11/14/2011

Tamela Espinosa
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)



Order No. 9226290 SEA FIL

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Chris D. Manderich #220693; Ryan E. Voss, #224368;<br>Manderich Law Group LLP<br>6301 Owensmouth Avenue, Suite 850 Woodland Hills CA,<br><br>TELEPHONE NO.: (818) 264-0111      FAX NO. (Optional):<br>EMAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): CACH, LLC | FOR COURT USE ONLY |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>   STREET ADDRESS:  23141 Moulton Parkway<br>   MAILING ADDRESS:<br>   CITY AND ZIP CODE:  Laguna Hills 92653<br>   BRANCH NAME: Harbor Justice Center, Laguna Hills Facility | |
|---|---|

| PLAINTIFF/PETITIONER:  CACH, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  EDWARD K SCHORR, an individual | 30-2011-00513775 |

| DECLARATION OF MAILING | Ref. No. or File No.:<br>120004606530 |
|---|---|

The undersigned hereby declares: that I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

My business address is 501 12th St. Sacramento, CA 95814.

That on November 14th, 2011, after substituted service was made, I mailed the following documents: Summons; Complaint; Declaration of Venue; Civil Case Cover Sheet; Alternative Dispute Resolution (adr) Packet to the servee in this action by placing a true copy thereof, enclosed in a sealed envelope with postage prepaid for first class mail and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Sacramento, CA.

That I addressed the envelope as follows:

EDWARD K SCHORR , an individual
66293 CALLE CORDOBA
CATHEDRAL CITY, CA 92234-6773

That I declare under penalty of perjury of the state of California that the foregoing is true and correct.

That I executed this declaration on November 14th, 2011 at Sacramento, CA.

_Russell Duane_ (signature)

Declarant      Russell Duane



Order No. 9226290 SEA'FIL

**EXHIBIT A3**

Anerio V. Altman, Esq. #228445
Lake Forest Bankruptcy
23151 Moulton Parkway Suite 131
Laguna Hills, CA 92653
Phone (949) 218-2002
Fax: (949) 325-1171
avaesq@lakeforestbkoffice.com

**ATTORNEY FOR DEFENDANT**
EDWARD KURT SCHORR

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

DEC 19 2013

ALAN CARLSON, Clerk of the Court

BY  A. PAIVA

**CALIFORNIA SUPERIOR COURT**
**ORANGE COUNTY**
**CENTRAL JUSTICE CENTER**

| | |
|---|---|
| CACH, LLC., | Case No.: 30-2011-00513775-CL-CL-CJC |
| Plaintiff, | **ORDER ON MOTION TO SET ASIDE DEFAULT JUDGMENT** |
| v. | **JUDGE:** Hon. ~~Scott Corey Cramin~~ COREY S. CRAMIN |
| | **LIMITED CIVIL JURISDICTION** |
| EDWARD K. SCHORR, an individual, | **HEARING:** |
| Defendant. | **DATE: December 19th, 2013** |
| | **Time:   9:30 A.M.** |
| | **Room: C63** |

///

///

IT IS ORDERED,

1. That the Complaint in the above referenced case was never properly served on the Defendant;

2. ~~That the Proof of Service of Summons is not true; and~~

3. That the judgment in this matter entered on September 19th, 2012 is set aside.

Dated: _12-19-13_

Signed: _____

HON. SCOTT COREY CRAMIN

COREY S. CRAMIN

ORDER
2

**EXHIBIT B**

1  Anerio V. Altman, Esq. #228445
   Lake Forest Bankruptcy
2  23151 Moulton Parkway Suite 131
   Laguna Hills, CA 92653
3  Phone and Fax: (949) 218-2002
   avaesq@lakeforestbkoffice.com
4
   **ATTORNEY FOR PLAINTIFF**
5  **EDWARD SCHORR**

6

7

8              **UNITED STATES DISTRICT COURTS**
              **CENTRAL DISTRICT OF CALIFORNIA**
9                   **SANTA ANA DIVISION**

10

11  **EDWARD KURT SCHORR,**           )   **Case No.:  TO BE DETERMINED**
                                      )
12  **PLAINTIFF**                     )   **DECLARATION OF EDWARD KURT**
                                      )   **SCHORR**
13  **v.**                            )
                                      )
14  **CACH LLC, a California Limited Liability**  )
                                      )
15  **Corporation, PROCESS SERVER**   )
                                      )
16                                    )
                                      )
17                                    )
                                      )
18                                    )
                                      )
19                                    )
                                      )
20                                    )
                                      )
21                                    )
                                      )
22                                    )

23  ///

24  ///

25  ///

26

27

28
                              - 1

                          DECLARATION

**I, EDWARD K. SCHORR, DECLARE AS FOLLOWS:**

1. I am over the age of 18 years old and am legally able and competent to testify to the following in a court of law if required to do so.
2. I have never been personally served with a copy of the Summons and Complaint in this matter by U.S. Mail or in person.
3. The copy of the Summons and Complaint I acquired in case number 30-2011-00513775-CL-CL-CJC was not sent to me by U.S. Mail or given to me in person.
4. The copy of Summons and Complaint I received came from the California Superior Court's filing system.
5. I was first notified that I had been allegedly served in this case in or around March 2013 when my brother mailed me documents he had received concerning me at his address in Orange County. Attachment 1.
6. At the time my family was alleged to have been served no other adult other than my wife lived at my residence or should have been present at my residence.
7. As soon as I found out that CACH LLC and its agents claimed to have served me I began to respond by taking action in the California Superior Court by attempting to set aside or vacate the Judgment. Attachment 2.
8. I have paid ANERIO V. ALTMAN, ESQ. approximately $1870 for legal services defending me in the California Superior Court case #00513775-CL-CL-CJC.
9. I was greatly disturbed by CACH LLC and its agents abuse of the court system for the purpose of claiming service was effective.
10. I was not hiding from anyone or taking any steps to make it difficult to find me.
11. I make the above declarations under penalty of perjury of the laws of the United States and know them to be true.

Dated: 05/6/15                    Signed: _____
                                          EDWARD KURT SCHORR

– 2

DECLARATION

**ATTACHMENT 1**

**[NOT FOR WAGE GARNISHMENT]**
**[RETURN TO LEVYING OFFICER.  DO NOT FILE WITH COURT]**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | LEVYING OFFICER *(Name and Address)*: |
|---|---|---|
| EDWARD K. SCHORR 41995 PRESTON TRAIL PALM DESERT, CA 92211 | | |

ATTORNEY FOR *(Name)*:

NAME OF COURT, JUDICIAL DISTRICT OR BRANCH COURT, IF ANY:
SUPERIOR COURT OF CALIF. COUNTY OF ORANGE | HARBOR JUSTICE CENTER
23141 MOULTON PKWY. LAGUNA HILLS, CA 92653

PLAINTIFF: CACH LLC

DEFENDANT: EDWARD K. SCHORR

| CLAIM OF EXEMPTION (Enforcement of Judgment) | LEVYING OFFICER FILE NO.: | COURT CASE NO.: 1100513775P |
|---|---|---|

Copy all the information required above (except the top left space) from the Notice of Levy. The top left space is for your name or your attorney's name and address. The original and one copy of this form must be filed with the levying officer. DO NOT FILE WITH THE COURT.

1. My name is *(specify)*: EDWARD KURT SCHORR

2. Papers should be sent to
   [X] me.
   [ ] my attorney (I have filed with the court and served on the judgment creditor a request that papers be sent to my attorney and my attorney has consented in writing on the request to receive these papers.)
   at the address [X] shown above [ ] following *(specify)*:

3. [ ] I am not the judgment debtor named in the notice of levy. The name and last known address of the judgment debtor is *(specify)*:

4. The property I claim to be exempt is *(describe)*: (1) MOTOR VEHICLE ($2,525)   (6) HOUSEHOLD FURNISHINGS ($550)
   (2) TOOLS OF TRADE ($2,200)   (7) UNUSED EXEMPTION ($4,175)
   (3) ~~MONEY~~, ART, HEIRLOOMS ($7,175)
   (4) PERSONAL PROPERTY $14,350
   (5) JEWELRY ($1,425)

5. The property is claimed to be exempt under the following code and section *(specify)*: (1) CODE CIVIL PROC, §§703,140 (b)
   (2) ~~CC~~ CPC (3) 703,140 (b)   (3) CPC 704,040   (4) CPC 704,060   (5) 703,140   (6) 703,140 (b)   (7) CPC 703,140(b)

6. The facts which support this claim are *(describe)*: I AM A 62 YR HEAD OF HOUSEHOLD WITH THREE DEPENDENTS MY WIFE IS NOT ABLE TO WORK AND STAYS AT HOME CARING FOR MY 3 YR OLD DAUGHTER. I HAVE TWO CHILDREN. MY SON IS 7 YRS. MY CHILDREN + MY SELF ARE ON SOCIAL SERVICES FOR MEDI MY WIFE IS NOT ELIGIBLE & MUST PAY ALL MEDICAL OUT OF POCKET. WE LIVE PAY CHECK TO

7. [X] The claim is made pursuant to a provision exempting property to the extent necessary for the support of the judgment PAYCHECK debtor and the spouse and dependents of the judgment debtor. A Financial Statement form is attached to this claim.

8. [X] The property claimed to be exempt is                                                            WE OWN ONE VEHICLE
   a. [X] a motor vehicle, the proceeds of an execution sale of a motor vehicle, or the proceeds of insurance or other indemnification for the loss, damage, or destruction of a motor vehicle.
   b. [X] tools, implements, materials, uniforms, furnishings, books, equipment, a commercial motor vehicle, a vessel, or other personal property used in the trade, business or profession of the judgment debtor or spouse.
   c. [ ] all other property of the same type owned by the judgment debtor, either alone or in combination with others, is *(describe)*:

9. [ ] The property claimed to be exempt consists of the loan value of unmatured life insurance policies (including endowment and annuity policies) or benefits from matured life insurance policies (including endowment and annuity policies). All other property of the same type owned by the judgment debtor or the spouse of the judgment debtor, either alone or in combination with others, is *(describe)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 4/1/13

EDWARD K. SCHORR
*(TYPE OR PRINT NAME)*

_Edward K. Schorr_
*(SIGNATURE OF CLAIMANT)*

**ATTACHMENT 2**

EJ-150

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TEL NO.: 818-264-0111 |
|---|---|

Recording requested by and return to:
**Ryan Vos, SBN: 224368; Chris Mandarich, SBN 220693**
**Amy Shah, SBN: 270861; Jo-Anna Nieves, SBN: 276807;**
**Jennifer Marrow, SBN: 276495; Elizabeth Sutlian, SBN: 281099**
**MANDARICH LAW GROUP, LLP**
**6301 Owensmouth AvenueSuite 850**
**Woodland Hills, California 91367**

[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: **23141 MOULTON PKWY**
MAILING ADDRESS:
CITY AND ZIP CODE: **Laguna Hills, CA 92653**
BRANCH NAME: **Harbor Justice Center - Laguna**

FOR RECORDER'S USE ONLY

LEVYING OFFICER (Name and Address):
**Los Angeles County Sheriff**
**300 E. Olive St., #104**
**Burbank CA,91502**
**818-557-3490**

Los Angeles County Sheriff
110 N. GRAND AVE., RM 525
LOS ANGELES, CA 90012

PLAINTIFF: **CACH, LLC**

DEFENDANT: **EDWARD K SCHORR**

| **NOTICE OF LEVY** under Writ of  [X] Execution (Money Judgment)  [ ] Sale | LEVYING OFFICER FILE NO.: | COURT CASE NO.: 30-2011-00513775 |
|---|---|---|

TO THE PERSON NOTIFIED  (name):  **EDWARD K SCHORR**
**415 CAMINO SAN CLEMENTE**
**SAN CLEMENTE, CA 92672**

1. The judgment creditor seeks to levy upon property in which the judgment debtor has an interest and apply it to the satisfaction of a judgment as follows:
   a. Judgment debtor (name): EDWARD K SCHORR SSN: XXX-XX-8718
   b. The property to be levied upon is described
      [ ] in the accompanying writ of possession or writ of sale.
      [X] as follows:
         Levy any and all accounts in the name of the judgment debtor. This levy is directed toward the financial institution.

2. The amount necessary to satisfy the judgment creditor's judgment is:
   a. Total amount due (less partial satisfactions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 14083.47
   b. Levy fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 35.00
   c. Sheriff's disbursement fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 12.00
   d. Recoverable costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
   e. **Total** (a through d) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 14130.47

   f. Daily interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 3.87

3. You are notified as
   a. [X] a judgment debtor.
   b. [ ] a person other than the judgment debtor (state capacity in which person is notified):

---

*(Read Information for Judgment Debtor or Information for Person Other Than Judgment Debtor on page two.)*

---

Notice of Levy was
[X] mailed on (date): 3, 7, 13
[ ] delivered on (date):
[ ] posted on (date):
[ ] filed on (date):
[ ] recorded on (date):

Date:

_Roreh Zirouhica_
(TYPE OR PRINT NAME)

▶

_Ray h_
(SIGNATURE)
[ ] Levying officer    [X] Registered process server

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-150 [Rev. January 1, 2002]

**NOTICE OF LEVY**
**(Enforcement of Judgment)**

Code of Civil Procedure, §699.540



Edward K Schorr
115 Camino San Clemente
San Clemente CA
92672

92672-3707

**<u>EXHIBIT C</u>**

1   Anerio V. Altman, Esq. #228445
    Lake Forest Bankruptcy
2   23151 Moulton Parkway Suite 131
    Laguna Hills, CA 92653
3   Phone and Fax:  (949) 218-2002
    avaesq@lakeforestbkoffice.com
4
    **ATTORNEY FOR PLAINTIFF**
5   **EDWARD SCHORR**

6

7

8                    **UNITED STATES DISTRICT COURTS**
                     **CENTRAL DISTRICT OF CALIFORNIA**
9                         **SANTA ANA DIVISION**

10

11  **EDWARD KURT SCHORR,**          )   **Case No.:  TO BE DETERMINED**
                                     )
12  **PLAINTIFF**                    )   **DECLARATION OF OLIMPIA SCHORR**
                                     )
13  **v.**                           )
                                     )
14  **CACH LLC, a California Limited Liability** )
                                     )
15  **Corporation, PROCESS SERVER**  )
                                     )
16                                   )
                                     )
17                                   )
                                     )
18                                   )
                                     )
19                                   )
                                     )
20                                   )
                                     )
21                                   )
                                     )
22                                   )

23  ///

24  ///

25  ///

26  ///

27

28
    _____
                          - 1


                        DECLARATION

1    **I, OLIMPIA SCHORR, DECLARE AS FOLLOWS:**

2    1.    I am over the age of 18 years old and am legally able and competent to testify to
3          the following in a court of law if required to do so.

4    2.    I was never served with a Summons and Complaint in any State Court
5          Proceeding.

     3.    I can recognize a Summons and Complaint and I understand what actions should
6          have been taken if I received them.

7    4.    My husband and I have not had another adult living at our residence and I can
          conceive of no reason why another person would have been present in or around
8          November 2011 to receive this document.

9    5.    I have attached a photograph of myself to this declaration.  Attachment 1.

10   6.    I am greatly upset that CACH LLC and its agents utilized the court system to lie
          about an event affecting my family.  I do not believe that this is either right or
11         just.

     7.    I make the above declarations under penalty of perjury of the laws of the United
12         States and know them to be true.

13   Dated:    **05/6/15**                    Signed:    _Olimpia Schorr_
                                              OLIMPIA SCHORR
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
_____

                         – 2

                     DECLARATION

**ATTACHMENT 1**



FOR COURT USE ONLY
FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
HARBOR JUSTICE CENTER

NOV 15 2011

ALAN CARLSON, Clerk of the Court

BY:

DEPUTY

ATTORNEY OR PARTY WITHOUT ATTORNEY
Chris O. Mandarich #220693; Ryan E. Vos, #224368
Mandarich Law Group LLP
6301 Owensmouth Avenue, Suite 850 Woodland Hills CA
TELEPHONE NO.: (818) 264-0111   FAX NO.:
EMAIL ADDRESS:
ATTORNEY FOR (Name):   CACH, LLC

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 23141 Moulton Parkway
MAILING ADDRESS:
CITY AND ZIP CODE: Laguna Hills 92653
BRANCH NAME: Harbor Justice Center, Laguna Hills Facility

PLAINTIFF/PETITIONER:  CACH, LLC

DEFENDANT/RESPONDENT: EDWARD K SCHORR, an individual

CASE NUMBER:
30-2011-00513775

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:
120004806530

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the (specify documents):
Summons; Complaint; Declaration of Venue; Civil Case Cover Sheet; Alternative Dispute Resolution (adr) Packet

3. a. Party served (specify name of party as shown on documents served):
EDWARD K SCHORR, an individual

b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) (specify name and relationship to the party named in item 3a):

4. Address where the party was served:
68293 CALLE CORDOBA, CATHEDRAL CITY, CA 92234-6773

5. I served the party (check proper box)
a. [ ] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):   (2) at (time):
b. [X] by substituted service. On (date):11/13/2011 (2) at (time): 12:02 PM I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):
Jane Doe, WHO REFUSED TO GIVE NAME, CO-RESIDENT; a blonde-haired white female approx. 35-45 years of age, 5'4"-5'5" tall and weighing 120-150 lbs.

(1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
(2) [X] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
(3) [ ] (physical address unknown) a person of at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
(4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code.Civ. Proc., § 415.20). I mailed the documents on (date):   from (city):   or [X] a declaration of mailing is attached.
(5) [X] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 (Rev. January 1, 2007)

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

Order No: 9226290 SEA.FIL



| PLAINTIFF/PETITIONER:  CACH, LLC | CASE NUMBER: 30-2011-00513775 |
|---|---|
| DEFENDANT/RESPONDENT:  EDWARD K SCHORR, an individual | |

c. [  ] by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on (date):   (2) from (city):
   (3) [  ] with two copies of the Notice and Acknowledgment of Receipt and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415:30)
   (4) [  ] to an address outside California with return receipt requested. (Code Civ. Proc., §415.40)
d. [  ] by other means (specify means of service and authorizing code section):

   [  ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
a. [ X ] as an individual defendant.
b. [  ] as the person sued under the fictitious name of (specify):
c. [  ] as occupant
d. [  ] On behalf of (specify):
   under the following Code of Civil Procedure section:
    [  ] 416.10 (corporation)      [  ] 415.95 (business organization, form unknown)
    [  ] 416.20 (defunct corporation)    [  ] 416.60 (minor)
    [  ] 416.30 (joint stock company/association) [  ] 416.70 (ward or conservatee)
    [  ] 416.40 (association or partnership)  [  ] 416.90 (authorized person)
    [  ] 416.50 (public entity)       [  ] 415.46 (occupant)
                      [  ] other

7. Person who served papers
a. Name:   Tamela L Espinosa
b. Address:   3800 Lime St., Suite #214, Riverside, CA 92501
c. Telephone number:   951-682-0365
d. The fee for service was:   $80.00
e. I am:
   (1) [  ] not a registered California process server:
   (2) [  ] exempt from registration under Business and Professions Code section 22350(b).
   (3) [ X ] registered California process server:
     (i) [  ] owner [  ] employee [ X ] independent contractor
     (ii) [ X ] Registration No.:  1216
     (iii) [ X ] County:  Riverside

8. [ X ] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [  ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 11/14/2011

Tamela Espinosa
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

POS-010 (Rev. January 1, 2007)

PROOF OF SERVICE OF SUMMONS

Order No: 9226290 SEA FIL







Olimpia (my wife) is not "a blonde-haired white female" weighing 120 – 150 lbs. As the photos prove Olimpia is of mixed race (her parents are African – Italian). NOT a blonde Caucasian. Olimpia was the only co-resident living at our residence on 11/13/11. No other "white female" was ever present. A lie.